NATHAN EDWARDS, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

Opinion Filed Nov. 21, 1916.

On writ of error in a homicide case where the only contentions are that the identity of the deceased was not established and

that the testimony shows justification, and such contentions are not sustained by the evidence or lack of evidence, the judgment will be affirmed.

Writ of Error to Circuit Court, Clay County; Geo. Couper Gibbs, Judge.

Judgment affirmed.

*A. H. Bell,* for Plaintiff in Error;

*T. F. West,* Attorney General, and *C. O. Andrews,* Assistant, for the State.

WHITFIELD, J.—On writ of error to a judgment of conviction of murder in the second degree it is contended that the evidence does not establish the identity of the deceased and that the testimony shows justification, thereby not supporting the verdict. The body of the deceased was identified by testimony as to a deformed hand and a cut on the head received just before the homicide. There is no substantial showing of justification and ample evidence to sustain the verdict.

The judgment is affirmed.

All concur.